# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HOWARD BLAIR,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>SERVICE BUREAU ASSOCIATION,<br><br><br>　　　　　Defendant(s). | CASE NO. 2:14–cv–00382–JCC<br><br>ORDER SETTING STATUS CONFERENCE |

　　The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference:

　　1. The nature of the case;

　　2. The status of matters which are presently set before the Court, e.g., hearings, motions, etc.;

　　3. The status of discovery and a time schedule for its completion;

　　4. A statement of any legal issues about which motions are contemplated and a possible briefing schedule;

　　5. An estimate of the number of days needed for trial;

　　6. Whether the case is jury or non–jury;

　　7. The date by which the case will be ready for trial;

　　8. Settlement probabilities; and

　　9. Whether the parties consent to proceed to trial before an assigned magistrate judge pursuant to 28 U.S.C. 636(c).

If counsel's office is outside of the Greater Metropolitan Seattle area, arrangements may be made to participate telephonically in the conference by contacting the Courtroom Deputy Clerk at (206) 370–8805 at least ten (10) days in advance of the proceeding.

Counsel do NOT need to file a Joint Status Report or Rule 26(f) Report in advance of the Status Conference. Furthermore, counsel should arrive 10–15 minutes early and check in with the Courtroom Deputy Clerk on arrival as the Court's calendar promptly begins at 9:00 a.m.

COUNSEL THAT FILED THE COMPLAINT OR THE REMOVAL IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED STATUS CONFERENCE.

The Court hereby orders counsel to appear for a STATUS CONFERENCE on **June 17, 2014 at 09:00 AM** in Courtroom 16206 before United States District Judge John C. Coughenour.

DATED: March 18, 2014

        /s/ *Paul Pierson*
Courtroom Deputy Clerk for
United States District Judge
John C. Coughenour